Matter of Danahy v Crawford (2024 NY Slip Op 02466)

Matter of Danahy v Crawford

2024 NY Slip Op 02466

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, DELCONTE, AND HANNAH, JJ.

389 CAF 22-01791

[*1]IN THE MATTER OF JUDE THADDEUS DANAHY, PETITIONER-APPELLANT,
v
CAROL CRAWFORD, RESPONDENT-RESPONDENT. 

CHARLES J. GREENBERG, AMHERST, FOR PETITIONER-APPELLANT.
PETER J. DIGIORGIO, JR., UTICA, FOR RESPONDENT-RESPONDENT.
JENNIFER M. LORENZ, ORCHARD PARK, ATTORNEY FOR THE CHILDREN. 

 Appeal from an order of the Family Court, Erie County (Deanne M. Tripi, J.), entered October 25, 2022, in a proceeding pursuant to Family Court Act article 6. The order, inter alia, denied the petition. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court